AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:25-mj-00209 |
| OSMAN MOHAMED | ) Assigned To: Judge Sharbaugh, Matthew J. |
|  | ) Assign. Date: 9/6/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 5, 2025 in the county of _____ in the Jurisdiction of the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | (Unlawful Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| 21 U.S.C. § 841(a)(1) | (Unlawful Possession with Intent to Distribute a Controlled Substance) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS.

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Orr, MPD Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 6, 2025.

Date: 09/06/2025

*Judge's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*