UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:25-mj-209-MJS |
| OSMAN MOHAMED, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Osman Mohamed (hereinafter, the "Defendant"), by and through his counsel, Pleasant S. Brodnax, III, Esq., respectfully submit this joint motion to continue the preliminary hearing scheduled for October 23, 2025, and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., between October 23, 2025, and the rescheduled preliminary hearing date.

1. Procedural History

On September 6, 2025, the Defendant was charged by complaint with violations of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1). (See Complaint, ECF No. 1.) On September 19, 2025, the Court set conditions of release for the Defendant. (ECF No. 12.) On September 23, 2025, the Court granted a Joint Motion to continue the preliminary hearing to allow the Defendant time to review discovery. (ECF Nos. 13, 14.)

2. Basis for Continuance

The Defendant has recently retained new counsel, who has entered an appearance on his behalf. As a result, the parties jointly request that the preliminary hearing, currently scheduled for October 23, 2025, be continued to a date approximately 30 days thereafter to allow the Defendant's new counsel sufficient time to review discovery and discuss a potential pre-indictment resolution of the case. The parties are actively engaged in negotiations that may lead to a resolution without the need for further litigation.

3. Request for Exclusion of Time

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties further move to exclude time under the Speedy Trial Act between October 23, 2025, and the new preliminary hearing date. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. Specifically, the continuance is necessary to afford new counsel adequate time to review the discovery, confer with the Defendant, and evaluate the possibility of a pre-indictment resolution.

4. Conclusion

For the foregoing reasons, the parties respectfully request that the Court grant the motion to continue the preliminary hearing and exclude time under the Speedy Trial Act between October 23, 2025, and the continued preliminary hearing date.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Joshua Gold*
Joshua Gold
Tx Bar No 24103101
Assistant United States Attorney
United States Attorney's Office
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Joshua.Gold@usdoj.gov
Telephone: (202) 815-8965

OSMAN MOHAMED
By Counsel

*/s/ Pleasant Brodnax*
Pleasant S. Brodnax, III
DC Bar 416694
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
pleasant@pleasantbrodnax.com
(202) 462-1100